[No. 14770-0-II.   Division Two.   July 14, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY LEWIS BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00958-1, John N. Skimas, J., entered February 22, 1991. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Morgan, J., and Petrich, J. Pro Tem.

[No. 15096-4-II.   Division Two.   July 15, 1993.]

LOWELL R. ROACH, ET AL, *Respondents*, v. CLYDE ANDERSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pacific County, No. 90-2-00205-7, Joel M. Penoyar, J., entered June 27, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Peterson, J. Pro Tem.

[No. 15259-2-II.   Division Two.   July 15, 1993.]

PAMELA R. MCENTEE, *Appellant*, v. GEORGE C. GILMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-01934-2, J. Kelley Arnold, J., entered August 23, 1991. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Morgan, J., and Peterson, J. Pro Tem.